**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Good Smile Company, Inc. | ) | |
| | ) | Case No. 1:23-cv-16455 |
| v. | ) | |
| | ) | Judge:      Hon. Mary M. Rowland |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate:   Hon. Beth W. Jantz |
| Hon. IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Good Smile Company, Inc. ("Good

Smile") against the defendants operating the websites/webstores identified on Schedule "A" to

Plaintiff's Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for

entry of Default and Default Judgment against the defendants not already dismissed, identified in

Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting

Defendants because Defaulting Defendants directly target their business activities toward

consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of NENDOROID, NENDOROID EZ, NENDOROID-SERIES, and GOOD SMILE COMPANY marks, U.S. Reg. Nos. 4939118, 5393702, 4303251, 4939117, and 4340551 (collectively, the "Mark" or "Marks").

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. using the NENDOROID trademark or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Good Smile

2

product or not authorized by Plaintiff to be sold in connection with the NENDOROID

Trademark;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Good

Smile product or any other product produced by Plaintiff, that is not Plaintiff's or not

produced under the authorization, control or supervision of Good Smile and approved by

Plaintiff for sale under the NENDOROID Trademark;

c. committing any acts calculated to cause consumers to believe that Defendants'

Counterfeit Products are those sold under the authorization, control or supervision of

Good Smile, or are sponsored by, approved by, or otherwise connected with Good Smile;

d. further infringing the NENDOROID trademark and damaging Plaintiff's goodwill;

e. otherwise competing unfairly with Plaintiff in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving,

storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or

offered for sale, and which bear any of the NENDOROID trademark, or any

reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning or

operating the infringing webstores, websites, or any other domain name that is being used

to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. operating and/or hosting infringing webstores, websites and any other domain names

registered or operated by Defendants that are involved with the distribution, marketing,

advertising, offering for sale, or sale of any product bearing the NENDOROID trademark

or any reproductions, counterfeit copies or colorable imitations thereof that is not a

3

genuine Good Smile product or not authorized by Good Smile to be sold in connection with the NENDOROID trademark;

i. registering any additional stores, websites, or domain names that use or incorporate any of the NENDOROID trademark; and

j. using images covered by the PLAINTIFF's Copyrights or any of PLAINTIFF's original photographs that Good Smile uses to advertise the sale of original Good Smile products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, Joom, NewEgg, Wish, Walmart, etc., shall within three (3) business days of receipt of this Order:

a. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the NENDOROID Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants listed on Schedule "A" not dismissed from this action; and

b. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Fifty Thousand Dollars (U.S.) and No Cents ($50,000.00) for using counterfeit NENDOROID Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a. Alibaba, Ali-Express, Amazon, eBay, Joom, NewEgg, Walmart Wish (collectively the "Platforms") and PayPal, Stripe, Payoneer, WorldFirst, World First Asia Limited, World First Markets Limited, World First USA, Inc., Bill.com, Pingpong, Payeco,

Umpay/Union Mobile Pay, Moneygram, Western Union and any of their subsidiaries (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Schedule "A", except those dismissed, from transferring or disposing of any money or other of Defaulting Defendants' assets.

b. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

c. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

    i. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

    ii. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

        iii. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Schedule "A" of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of David Gulbransen, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5. In the event that Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in

Exhibits 1 to the Declaration of David Gulbransen and any e-mail addresses provided for Defaulting Defendants by third parties.

**IT IS SO ORDERED.**

E N T E R:

Dated: May 2, 2024

_____

MARY M. ROWLAND
United States District Judge

Appendix A

| Doe | Store Name | Merchant ID |
| --- | --- | --- |
| 1 | Shenzhen Zhongshiqi Technology Co., Ltd. | zhongshiqitech |
| 2 | Yiwu Congfen E-Commerce Firm | conphen656122 |
| 3 | Dongguan Xunxiang Electronic Commerce Co., Ltd. | dbz |
| 4 | Hefei Ruyi Image Industrial Co., Ltd. | hfruyi |
| 5 | Shenzhen Leguoguo Trading Co., Ltd. | leguoguotrading |
| 6 | Shenzhen Shenman Technology Co., Ltd. | shenmantech |
| 7 | Dongguan Songli Plastic Industry Co., Ltd. | songli-figure |
| 8 | Suzhou Shengbei Electronic Technology Co., Ltd. | szshengbei |
| 9 | Shenzhen Tianchenxing Technology Co., Ltd. | toxgoct |
| 10 | yiwu wangfeng trading co.,ltd | ywwangfeng |
| 11 | Zhongshan Benjian Electronic Commerce Co., Ltd. | benjiandianzi |
| 12 | Global Figure Store | 1100389720 |
| 13 | Guangzhou Sunningdale Trading Co.,Ltd | 1100525364 |
| 14 | Posters Prints World Store | 1100851485 |
| 15 | Hot-Oscar Home | 1100956393 |
| 16 | Caven's Customized Art Store | 1100997242 |
| 17 | ZIXCUSTOM | 1101027039 |
| 18 | Iridescent Cloud Store | 1101028628 |
| 19 | ANNA RUSSE Quality Store | 1101090818 |
| 20 | Love Painting | 1101203964 |
| 21 | Kingsman Customized Art Store | 1101226337 |
| 22 | Anime Model Store | 1101268146 |
| 23 | SELLWORLDER Figure Toy Store | 1101269127 |
| 24 | cp0fun Store | 1101278146 |
| 25 | Fan Xi Store | 1101284758 |
| 26 | Neko-Anime Store | 1101284999 |
| 27 | Winitoy VIP Store | 1101299877 |
| 28 | buildingblocks Store | 1101315562 |
| 29 | AnimeOtakuHome Store | 1101324120 |
| 30 | Toy Hobby Store | 1101329598 |
| 31 | Yuan Toy Store | 1101337318 |
| 32 | Figures Toy House Store | 1101342958 |
| 33 | AA HengBei Store | 1101346575 |
| 34 | Children Disneytoy Club Store | 1101385726 |
| 35 | Ty Beanie Store | 1101390523 |
| 36 | RC base Store | 1101394038 |

| 37 | dropsshopping Store | 1101396174 |
| 38 | YujioToys Store | 1101397329 |
| 39 | Yiles Painting Store | 1101405925 |
| 40 | MAGC-Figures Store | 1101431309 |
| 41 | Toy Toy Store | 1101447263 |
| 42 | Shop5952044 Store | 1101500982 |
| 43 | CNtoys Store | 1101514040 |
| 44 | Shop910348045 Store | 1101520149 |
| 45 | Esencan toy Store | 1101541537 |
| 46 | China Toy Store | 1101562290 |
| 47 | YHTEAM TOY Store | 1101579022 |
| 48 | Anime Homestead 01 Store | 1101594508 |
| 49 | Youkenlock Store | 1101606918 |
| 50 | Global-Anime-Figure Store | 1101652305 |
| 51 | Anime Figures Store | 1101686681 |
| 52 | Shop911776716 Store | 1101708579 |
| 53 | SR Toy Store | 1101717224 |
| 54 | South Wood Official Store | 1101740811 |
| 55 | nizhenhaokan Store | 1101772972 |
| 56 | BX95 ART Store | 1101795031 |
| 57 | Gxwhs Store | 1101796193 |
| 58 | Enchanted Toy Store | 1101872338 |
| 59 | Jiaojiao toy Store | 1101890502 |
| 60 | Figures DropShipping Store | 1101906096 |
| 61 | Model Toy House Store | 1101922074 |
| 62 | JMYDisney toys Store | 1101927931 |
| 63 | Shop912624290 Store | 1101941095 |
| 65 | Meta universe toy Store | 1101980052 |
| 66 | Young Play Store | 1101984014 |
| 67 | Model T Store | 1101984211 |
| 68 | JUNMU Anime Figure Store | 1101988907 |
| 69 | CGN Painting Store | 1102013625 |
| 70 | Anime Toy Club Store | 1102017255 |
| 71 | HUX Painting Store | 1102020241 |
| 72 | Cartoon trend stickers hand account Store | 1102027254 |
| 73 | Figure Toys Store | 1102030158 |
| 74 | CGN BANDAI Painting Store | 1102050565 |
| 75 | mifen crafts Toy Manufacturing Store | 1102051775 |
| 76 | Figure Desktop Store | 1102052324 |

| 77 | ARTPIC Store | 1102064030 |
| 78 | AME Painting Store | 1102066125 |
| 79 | Vintage Posters Store | 1102083008 |
| 80 | Bandai Jiesen Anime Figure Toy Store | 1102091346 |
| 81 | Betty Boop Art Store | 1102129885 |
| 82 | Michelle Figure | 1102136808 |
| 83 | Toy Town Store | 1102138756 |
| 84 | Bandai Figure Toy Store Store | 1102144240 |
| 85 | Figma Bandais Store | 1102158316 |
| 86 | ANINE TIME BOY Toy Store | 1102160992 |
| 87 | Bandai Monopoly Store | 1102168002 |
| 88 | Shop1102180927 Store | 1102181858 |
| 89 | YuanMan Toys Store | 1102193236 |
| 90 | Molten Store | 1102196608 |
| 91 | Shop1102208909 Store | 1102214866 |
| 92 | Emily figure Store | 1102249450 |
| 93 | Action Figure Model Store | 1102249505 |
| 94 | super affordable Store | 1102250983 |
| 95 | Boutique Anime Toy Store | 1102280273 |
| 96 | Mia Figure Store | 1102297211 |
| 97 | Sexy Figure 0916 Store Store | 1102312547 |
| 98 | Bandai KUMI Model Toy Store | 1102318249 |
| 99 | Anime-Figures Store | 1102319549 |
| 100 | Toy23 Store | 1102346200 |
| 101 | Toy22 Store | 1102351115 |
| 102 | Aurora Ten Miles Store | 1102400084 |
| 103 | O-party Store | 1102494144 |
| 104 | Galaxy Toy Store | 1102510062 |
| 105 | Top Quality Toys Store Store | 1102516102 |
| 106 | Sanrio Premium Store Store | 1102564745 |
| 107 | Firefly Toy Store | 1102590358 |
| 108 | Big Bear Dollhouse Store | 1102602482 |
| 109 | Shop1102597323 Store | 1102604252 |
| 110 | Bonnie Shore Store | 1102626346 |
| 111 | Oulu Toys Store | 1102628335 |
| 112 | Google Recommended Store | 1102662820 |
| 113 | Boutique Figures Store | 1102667410 |
| 114 | Dream Fun Store | 1102684593 |
| 115 | M0M0 Store | 1102723078 |

| 116 | Bandai Pegasus Toy Store | 1102728150 |
| 117 | Otaku Collectibles Store | 1102745273 |
| 118 | Bandai Flagship Anime Store Store | 1102753342 |
| 119 | Shop1102765007 Store | 1102765023 |
| 120 | Bandai SQ Toy Store | 1102770053 |
| 121 | CN Figures Store | 1102770857 |
| 122 | Flying Star Store | 1102778386 |
| 123 | BANDAI Professional Store | 1102786888 |
| 124 | Shop1102802816 Store | 1102800883 |
| 125 | Qing Toys Store | 1102801289 |
| 126 | Shop1102808519 Store | 1102809371 |
| 127 | Classic Toyss Store | 1102816313 |
| 128 | KK Global Store | 1102819331 |
| 129 | BANDAI Oulu Official Flagship Store Store | 1102821608 |
| 130 | BANDAI Oulu Gundam Dragonball One Piece King Figura Official Flagship Store | 1102826163 |
| 131 | OULU BANDAI Figura Official Toys 6 Store | 1102829359 |
| 132 | YAYA Toy Store | 1102884700 |
| 133 | BANDAI Anime Figures Toys Store Store | 1102901337 |
| 134 | GK Global Store | 1102901535 |
| 135 | Fantasy World Toy Store | 1102912739 |
| 136 | Neo Toy Store | 1102954020 |
| 137 | Firefly Toy Store | 1102988591 |
| 138 | Bandai Unique Toy Store | 1102995019 |
| 139 | Fei Jing Toy Store | 1102998056 |
| 140 | Garage Kits Toy Paradise Store | 1103077196 |
| 141 | At its peak | A103GX66PPVPCG |
| 142 | obbyo | A10D9WE3FXOGXR |
| 143 | settlement plan | A10KO90E2YF8QJ |
| 144 | north-south | A11128BUW1XT9P |
| 145 | YU-CHENGWEI | A119A7I3CP73UO |
| 146 | queyanshangmao | A11QHASXCIKJOY |
| 147 | yangquanlixishangmaoyouxiangongsi | A121F07Z05VNDA |
| 148 | Meeting guo | A12H62V9MLYCFY |
| 149 | ÈìøÊ≤ôÊ≤åÈßÖÂîÜÈ¥∏ÊúàÈôê∂ÂŒ¨Âê∏∏ | A12L7M284I94H7 |
| 150 | huanxihuanbaihuo | A12TIURVTODKWD |
| 151 | Irene6953 | A14CTTSAI3AG4R |
| 152 | Chengdu Weiyong | A151QFZNMRZE55 |
| 153 | HUANGCHENGLIU | A16R0EI1EIQGY1 |

| 154 | WANG-XINRAN | A16Z3RNPV3Q8R1 |
| 155 | MYANIMESTORE | A174U4UURK68S0 |
| 156 | yongdashunshangmao | A17A1Y8IOO8YLA |
| 157 | Forest and Rotation | A17H1SXXVKWKKV |
| 158 | MiaoZhangLin-shop | A17PBL5606O281 |
| 159 | Putian Licheng Hanshi Jue Cosmetics Co., Ltd | A18C10MQ7D9LJS |
| 160 | LC,ôàshop | A194PH0BBCL46R |
| 161 | youmeishangmao | A19B09HJ8KHV54 |
| 162 | firefly wjj | A1AW6Q8JF9LRUX |
| 163 | hufoshenegqpow | A1BMOYCRZMA7B7 |
| 164 | shanxiruiweirouguangnanshangmaoyouxiangongsi | A1CLMSZSQ9J9E1 |
| 165 | YangHaiFang-shop | A1DWD4C7K2Y3VY |
| 166 | ChenBin-shop | A1E3H4ROI9DZNA |
| 167 | liyanbaihuochaoshi | A1EL7OGOL420U4 |
| 168 | scl996 | A1ENL93VI84YZI |
| 169 | jishangmao123 | A1FH50E66YGEZ9 |
| 170 | yankechengshangmao | A1FM8453OLPR6C |
| 171 | Considerate writing | A1GHQPUWDHMYVS |
| 172 | Nicole999 | A1GQVXH0FCLYWX |
| 173 | sanyacaozhiqiangkejiyouxiangongsi1 | A1HDUK1KTO4I2D |
| 174 | KIAN-LLC | A1HS0CLLO60VII |
| 175 | zhangqiandedianpu | A1IGLDM15CXCV6 |
| 176 | ÂõΩËœêÂïÜÈ¡ | A1IRHO11QAZRYR |
| 177 | LIN-YINGCHUN | A1IRZIZ8RECKNK |
| 178 | ÂÆáÈù∞ÂïÜÈ¡ | A1J4L60390D6CI |
| 179 | WangLiLiq | A1J4ZV9JUEGXPZ |
| 180 | honggutanquxihaibaihuodian | A1JC5ZM6YR8EX2 |
| 181 | dongguanshichanyushangmaoyouxiangongsi | A1JISRBC7E412H |
| 182 | Liuyang Jiasunwei Electronic Commerce Co., Ltd. | A1JM1AFKNJOAXF |
| 183 | diranshangmao | A1KYLU6ZERWTYI |
| 184 | YIQI-WANG | A1LLO6ES5NM4VY |
| 185 | ÂçéÂ∑ûÂïÜÈ¡ | A1LOI68G132DNH |
| 186 | Onigiri-us | A1M0S7R8F9NE02 |
| 187 | Qingshi Mingyue | A1NDCIRTKZO4KP |
| 188 | È·ÑÈ¡∆øÂõõÂ≥ñÊûù | A1NK1UZFFIJLVY |
| 189 | haoyongjiashangmao | A1O67YSM4YYOBK |
| 190 | LI-YOULIANG | A1P2LFY88XS6D9 |
| 191 | MA-QI | A1P6LZQ0GGU05N |
| 192 | YIRUI POSTER | A1R8LWLUO8TRHZ |

| 193 | tianhaijunwpeo | A1RZSUQS3CD9XD |
| 194 | shenghongbaihuo | A1SIMMB1TTUNO8 |
| 195 | Dxh Us shop | A1SNWEWAYJJA9G |
| 196 | Source of Victory | A1SWLYLQDRSAE8 |
| 197 | nanchangshiqingshanhuquqianjunbaihuodian | A1SWWDUAVJ9NDV |
| 198 | ZHDZSWU | A1U0DLUPVP0XKT |
| 199 | JWCSH | A1UQOPM5GSOJMH |
| 200 | RENHAIJUN | A1VQ9BU2GWTBDH |
| 201 | jucanriyongpindian | A1VQL8J5P50RXW |
| 202 | CAO-XINGXING | A1WKD2KNMJUZTA |
| 203 | zjsdgsm | A1XU5UWVK04XPQ |
| 204 | ÂÆ∂ÊÖßÂïÜÈ∫ | A1YYYK9NT1402I |
| 205 | HuangXiaoYaSJALKFJKDSAJIOFUACXV | A207EPKD75BDL8 |
| 206 | Putian Chengxiang District Dingshixiang Trade Co., | A21QWGNY3VJMGQ |
| 207 | È∞Ê≤ôÊÖÒÈÈ• ÂïÜÈ¥∏ÊúáÈôêÂÖ¨Âè∏ | A229SP8NCS11VU |
| 208 | meizhou123 | A22KI3N424732P |
| 209 | Ê∞∏Êñ•ÂïÜÈ∫ | A235CQ96DFW9TF |
| 211 | guoyangxianlianghuishangmaoyouxiangongsi | A24A9UKLST8CPM |
| 213 | Chengdu Xiu Hui Gou | A24JTMCE77AI13 |
| 214 | Firestorm Wu | A24MP92ATWATDY |
| 215 | Hangguo | A258W7PIBEIN3C |
| 216 | HuangYouJinUS | A26LMQ0S261PMT |
| 218 | dangtuwonawangluokeji | A27WAJQD609TYU |
| 219 | fangfenshangmao | A28Y24L33ESWX3 |
| 220 | foshanshihengzhitaodianzishangwuyouxiangongsi | A295U9XFOMA4Q9 |
| 221 | qianshishangmao | A29B813LCZOY0U |
| 222 | Âà©ÊñáÂïÜÈ∫ | A29PCR90HX9IHS |
| 223 | Xiantian Tower | A2AGQWT87JXWUM |
| 224 | AN-HJZ | A2AO2OANDWYYCN |
| 225 | ÊµéÂ¿óÊàûÂä®ÂçøÊ∞• Â﵈≠ê ÂïÜÈ¥∏ÊúáÈôê | A2AQ6V2OUJJ90D |
| 226 | Putian Licheng Tangyejun Trade Co., Ltd | A2AUW9WITHLJD |
| 227 | sanzhiyin | A2B6M9D4PBMCKQ |
| 229 | NINGPO-AI | A2BF9R4CQJLF0Z |
| 230 | Vincentboy | A2BONGL37SBRFF |
| 231 | Qingwu Xiaofeng | A2CN57NQOC0IK0 |
| 232 | DINGLIBH | A2CNCRG43BKMRT |
| 233 | JINXIN2003 | A2E1RHPUQ5J04L |
| 234 | linlihuahaibao | A2EGCBU5GLJ6F0 |
| 235 | LMYstore | A2EIMTZNU6CKK5 |

| 236 | ËΩ©Âⁿä | A2ELEWVDN8NASB |
| 237 | changyubaihuo | A2F9B0VGQTVUDY |
| 238 | XiaoKe Yong-shop | A2FSK7MIWEWICK |
| 239 | Ê•†Ê•†ÂïÜÈ¡ | A2G5HIEHHIET2W |
| 240 | ÊñáÂêôÂïÜÈ¡ | A2G8G34QWX8ZU4 |
| 241 | wenchengshangmaohg | A2GEK4FK8ERW74 |
| 242 | Feigao Hangxiang | A2HFZU2OWGRTUY |
| 243 | Light integration | A2HJC8J6GH7TNR |
| 244 | shang chuan | A2HTY6S8NHDKGU |
| 245 | ruiwenshangmao1 | A2I8QDUK5CB041 |
| 246 | shanxiningyiluoshangmaoyouxiangongsi | A2JF02P4KQDPMN |
| 247 | Putian Chengxiang Jinglianpeng Garment Trade Co., | A2K1IHTCMO4H29 |
| 248 | XuHongLiang-shops | A2K7YV5WRXU7NS |
| 249 | XU-XIAOYU | A2KMNSO9RDSWX8 |
| 250 | Chengdu Lanyu | A2KW7HWS995X3I |
| 251 | limengqiao | A2LP1I8SKZ9ZZ4 |
| 252 | SmilingAngelGlobalSales | A2NWL23UCV2MID |
| 253 | Âù§Âù§ÂïÜÈ¡ | A2O94C7DF9WN8H |
| 254 | EVGG LLC Corp | A2OQ2H6ZSSTWBK |
| 255 | Nmomoytu SOLE AUTHORIZED | A2PJS44JZI19NS |
| 256 | LuSheng-q | A2PL2I3OND6V46 |
| 257 | SYZNKJ | A2PQEUIY6XP3JG |
| 258 | Natoki | A2Q1F5LAC43Q8C |
| 259 | BaoWei-Lin | A2QD06DA8KK1J5 |
| 260 | yanglongshangmao | A2QIEAHKIIPDHZ |
| 261 | jianmanshangmao | A2QK2ZJC5JMU9Y |
| 262 | Antiman shop | A2R4NXYBTI6LWD |
| 263 | YONGYU-LI | A2RESY4MMPZSJV |
| 264 | Ê°ÜÂïÜÈ¥∏ÊúáÈ∂êÂÖ¨Âè∏ | A2RRR8LHYQUZZ3 |
| 265 | xixianxinqukonggangxinchengtaihuabaobaihuodian | A2TIVEQK76GKYW |
| 266 | yueyangbofeidianzishangwuyouxiangongsi | A2TKLQVDW3WMCT |
| 267 | Heoweng store | A2TXYTYWTIR1BM |
| 268 | faliushangmaores | A2UBV5SRWYA3TE |
| 269 | MALA-HIMI | A2UEBZSSH5BMB7 |
| 270 | ÁßÄÈ∂•ÂïÜÈ¡ | A2UFNK2O2IJJAN |
| 271 | EVRS LLC | A2W42E2Y66B94P |
| 272 | lvxiaolong123456 | A2XHSRCPFYRFVP |
| 273 | guangzhouqingchishangmaoyouxiangongsi | A2XK8AE0MNDUUB |
| 274 | dongguanshiyuxuanshangmaoyouxiangongsi | A2ZKML4RXI3ULH |

| 275 | Easyenjoy | A303FOCHBOEPE3 |
| 276 | XuanDaBaiHuo | A304YMG135RB6B |
| 277 | qingyinyueshangmao12 | A30A6B1RH9GLTD |
| 278 | ZHANGBO-SHOP | A30DLPQCRBNGCP |
| 279 | jiachuanjiashangmao | A30QQ0LI8VEEEE |
| 281 | Putian Licheng Zhanglongzhi Trade Co., Ltd | A314JD3HS114X7 |
| 282 | qiuquanshengdedian | A31MHK377GBEIZ |
| 283 | Èùí‰∫ëÃÛẸ̀ | A31UVPITD4PZY1 |
| 284 | fhryp | A322AQSL7JFMF |
| 285 | Âê∂Ïê Â̄ñÊûû | A329X7973C8IB3 |
| 286 | miekaiyuelieshangmao | A32CT19037F77ZR |
| 287 | zhongshenfengshangmaoxv | A333NBRLDC8TKE |
| 288 | Bridge online retailers | A33N9JH9GQAGU9 |
| 289 | chongxuerwuhan | A34LYNSSEFA4IE |
| 290 | LIU-JIALIANG | A35210JEY7O9ZH |
| 291 | muxiangshangmaoguoji | A376XI2U833DUP |
| 292 | HEIJIAN | A377DQF9H1HCR1 |
| 293 | Putian Licheng Moheicheng Trade Co., Ltd | A37O5F45BI0DPP |
| 294 | jinghuangshangmaosef | A395CT0913B004 |
| 295 | kunmingzuijiewangluokejiyouxiangongsi | A39EGFVM3PZZGV |
| 296 | sanhuobaihuodian | A3AONOV2RHU3AL |
| 297 | Ê±üËøûÂÃÛẸ̀ | A3B9SQJMWM2MTD |
| 298 | Putian Chengxiang District Dahupi E-commerce Co., | A3CMIC8GYPPFBK |
| 299 | guoyangxianyuhuishangmaoyouxiangongsi | A3CTRTH8T0BHOF |
| 300 | LI-XING | A3E8GFKU9FRHF1 |
| 301 | Absolutely detailed | A3GKVQN3AWNJA7 |
| 302 | Colored Peas | A3HFLLM5WNCDX6 |
| 303 | ÊñáÂÖ∑Á̄ èÈ̄ÄÉ® | A3HPT1WNKJDC7N |
| 304 | wuxiaobing-cn | A3J5J56I4914SS |
| 305 | laixiaoxingtg | A3JS0NAIC9VA86 |
| 306 | bohuishangmao12 | A3KDRL2MK1N4WN |
| 307 | ÁéãÊøõÁéâÂôæÈ¥ßÂ̂ó | A3L1HGCXIZU4KK |
| 308 | ÊôìÂΩ ÃÛẸ̀ | A3MICEHCC071AQ |
| 309 | qianchengfacai | A3MIQXCFG0LS1U |
| 310 | GDDESS | A3MRIWIC7R060J |
| 311 | Panduo Cunlan | A3MY60V4W45DU4 |
| 312 | Changsha Weibeilan Trading Co., Ltd. | A3N27M8J10R70M |
| 313 | Covert publication | A3NEOPP4RGSHV7 |
| 314 | jusaichao123 | A3NMYUBK1P37CH |

| 315 | tingting hot sale store | A3NO2TCCDCUNLI |
| 316 | xihaoshangmao12 | A3NSN9B6R3JZU4 |
| 317 | JujirongLTD | A3NWRF8R35HA82 |
| 318 | binyunbaihuodian | A3OCT0SMWY2LD8 |
| 319 | chuangdashangmao | A3OMHE2KI01JCP |
| 320 | ketichengshangmao | A3OO059Z6XS70M |
| 321 | Binzhou Guya E-commerce Co., Ltd | A3PYBDJQNRWB5E |
| 322 | Â∞ïÂÔ∞ÂîÛÈïÍ | A3QC60FN7WEGDB |
| 323 | xiangtishangmao123 | A3RQVTYLLSZI09 |
| 324 | yangjianxunus | A3RX39ZZXPEGIL |
| 325 | Putian Chengxiang Matiaojun Trade Co., Ltd | A3SF4B26TLGIIT |
| 326 | GUAN-RUNHAO | A3SKB12AX00AZW |
| 327 | sheng poster | A3T3C216L0OA7Q |
| 328 | Sister department store | A3TB9Q44VI P7CI |
| 329 | haoyishangmao123 | A3UY9F8F6067BB |
| 330 | huanshenjunshangmao | A3VG59RVNQ9U4L |
| 331 | fuxiaoningdexiaodian | A3VO0UD09107FB |
| 332 | RUNDASPORT | A47OVAR4L1B0G |
| 333 | wangxiaohong shop | A4G10N3GHJXII |
| 334 | Putian Licheng Zhaopodleisure Cosmetics Co., Ltd | A52RF0XY5FKX5 |
| 335 | ningfanshangmao | A5R9UE7P2VO9G |
| 336 | KaKa Life | A678MHPYMN9BY |
| 337 | zhouqiuhongshangmaox | A6VC72BVI68NO |
| 338 | Ê¢ÂÊüëÂÆâÁ≥ñÊûú | A7MGY01NKTAT1 |
| 339 | xixianxinqukonggangxinchengyingquefeibaihuodian | A86TJUJLZR7QK |
| 340 | xianjinxiaoshangmaodian | A8ADKPO9WJR4X |
| 341 | Gwyneth Kane | A93OE3MEJBMZP |
| 342 | kuahoushuiguoshanghang | AAOMIOB5BCX7W |
| 343 | Putian Chengxiang District Yayongcui Sports Goods | AB99FJ6Y5NPXI |
| 344 | mingjuriyongpindian | AC50HJCD5YKXS |
| 346 | hongdongxianzhiyongmaoyibu | AEIYZBC686HDQ |
| 347 | dinggeishangmaosdg | AEZ69MG8TG9S2 |
| 348 | ZiBoDianZi | AEZPQNMKRTEWX |
| 349 | guodongcheng | AFFOMS79LWQ5X |
| 350 | T-shopping | AFJ07LDQ7XGRI |
| 351 | jujiewangluokeji | AG8II4OT0PIG7 |
| 352 | bozhoushiyilongbaihuoyouxiangongsi | AGH63PGPHC0WZ |
| 353 | zhouyongjiashangmao | AGJAQEN5ETZMC |
| 354 | lijunshangmao11 | AGPCBBQ5MOC1E |

| 355 | duansuning | AH5KCXUHIMZT7 |
| 356 | Âº†~Ê∫êÂ•ö | AHG41KGPYXGZG |
| 358 | Ê≠£ÂꢿÂ•ÊâÛÈ±Ì | AIGR2DK4XL5TM |
| 359 | Á´¢Á´¢Âꢿ∏ÛÈ±Ì | AJ0OY6EYNOU3S |
| 360 | maomingshixiongfeishangmaoyouxiangongsi | AJI386WDLOGIH |
| 361 | Wan Niu | AJP14G4YEDTTJ |
| 362 | yuyujianjianjian | AJTOTM4X5VQYZ |
| 363 | zijiangongsi | AK27I4P4JV34X |
| 364 | KMLSang | AK9W70LVP9RZP |
| 365 | SCIOLL | AKBEYF07LQ11Y |
| 366 | Putian Chengxiang Yayongka Trade Co., Ltd | ALLM06V57S6F |
| 367 | ouyanghaohao | ALLNKGSZXF684 |
| 368 | HAIHUI-TANG | ALTDXQ1T9UBBB |
| 369 | ¿üÂπ≥Â∏ÇË•øÈ¡áÂê¢ÈõÁá•ÂôæᕥßÂ∫ó | AMSGSDJW6X6YZ |
| 370 | chenweidianqu | ANY7NBXCDRQFH |
| 371 | anqingshuakanshangmaoyouxiangongsi741 | AOAOOO0JGYZRH |
| 372 | huangzhilongshen | AOLPPBJGAKN9M |
| 373 | MIAN Toys | APPJ36EQWQCH9 |
| 374 | EWG Store LLC | APXAZLXMGS1T6 |
| 375 | Â¢¶Èó®Áï∞‰∞™îÂ٩Œã‚ú∫ÁÂ£ãÂÊúâÈ¥â¢Ò̂‖Ò‖Âê∏ | AR90MLKLUGC46 |
| 376 | Ê∫éÁ´∞âÛÈ±Ì | ARB7W5YSJUBS4 |
| 378 | Ms. Zhao Store | ASNWC48Z4FP6N |
| 379 | xixianxinqukonggangxinchengfengtuzubaihuodian | ATWF0W22Y5RKN |
| 380 | Xueyou Shop | AU5Z7YVL8ZELN |
| 381 | Liuyang Jieyiqiu E-commerce Co., Ltd | AU64KH4O1XMEU |
| 382 | Ê∫•ÂÜߑ‰ü∞ᶶ‰ø∞°ÊÂ٩ÁÂ£ãᕂÂÊúâÈ¥â¢Ò̂‖Ò‖Âê∏ | AUVGV2EAK6HR |
| 383 | Lwstust utst | AVAG2TJBSQLO7 |
| 384 | wukuashangmao12 | AVI248PK9PHRK |
| 385 | nansheshangmao | AVP3Y51F867IR |
| 386 | Bingons | AVUUFNB4OTC7U |
| 387 | PENGCHENG-GU | AWG5C6ZJSE78J |
| 388 | LELEbaihuo | AWJTU85HWPSTG |
| 389 | Á´æ ÊÊ†¢ÛÂ¢Ì•Ò | AX7VI25X7WRQP |
| 390 | BIG Piece | AXVCMK7Q3FBJL |
| 391 | juxishangmaoyouxiangongsi | AY1OIW5YB7CQC |
| 392 | putianlichenglaixindianzishangwuyouxiangongsi | AYDLAR0M7ZCDK |
| 393 | Shiyicheng Trading | AYOGMCDGUDS02 |
| 394 | ZOOYUU | AYS9IQT1JU12W |
| 395 | guoyangxiansuchushangmaoyouxiangongsi | AZU9MX86MEF8F |

| 396 | HappyHappyShop | HappyHappyShop |
|---|---|---|
| 397 | RetroToysandBears | RetroToysandBears |
| 398 | 4.60889 | 4.60889 |
| 399 | 9714980 | 9714980 |
| 400 | 11jiaohao10 | 11jiaohao10 |
| 401 | 20zhangyichi17 | 20zhangyichi17 |
| 403 | aimdzy-6617 | aimdzy-6617 |
| 404 | ajng1198 | ajng1198 |
| 405 | arb_8290 | arb_8290 |
| 406 | augustmeow817 | augustmeow817 |
| 407 | b7f7pzoe | b7f7pzoe |
| 408 | bhadil-99 | bhadil-99 |
| 409 | bingbingbang-789 | bingbingbang-789 |
| 411 | caoweic1016 | caoweic1016 |
| 412 | caoweic12 | caoweic12 |
| 413 | cden-44 | cden-44 |
| 414 | charmwis0 | charmwis0 |
| 415 | chenshen188ff | chenshen188ff |
| 416 | cute_chibi | cute_chibi |
| 417 | ddw33612 | ddw33612 |
| 418 | dengpingx | dengpingx |
| 419 | deveraja0 | deveraja0 |
| 420 | devon_2405 | devon_2405 |
| 421 | dlve5725 | dlve5725 |
| 422 | duanxiajd | duanxiajd |
| 423 | enshishilanliansha-0 | enshishilanliansha-0 |
| 424 | everinfin_0 | everinfin_0 |
| 425 | fanzhimin | fanzhimin |
| 426 | fullcanvas | fullcanvas |
| 427 | fush1sj_2 | fush1sj_2 |
| 428 | hengkongmy87 | hengkongmy87 |
| 429 | hengkongmyau | hengkongmyau |
| 430 | hongkongxiexin_0 | hongkongxiexin_0 |
| 431 | hotsaletoy | hotsaletoy |
| 432 | houhongbo123 | houhongbo123 |
| 433 | huanghai21 | huanghai21 |
| 435 | huluwa2023 | huluwa2023 |
| 436 | ilfj49 | ilfj49 |
| 437 | kep-5513 | kep-5513 |

| 438 | laoua-96 | laoua-96 |
|-----|----------|----------|
| 439 | lollipopcorner | lollipopcorner |
| 440 | lucount | lucount |
| 442 | myparts01 | myparts01 |
| 443 | nathar_4183 | nathar_4183 |
| 444 | olgruz-66 | olgruz-66 |
| 446 | qunniu | qunniu |
| 447 | rkefnv_35 | rkefnv_35 |
| 448 | rongnue48 | rongnue48 |
| 449 | rounanchen | rounanchen |
| 450 | rtyhvctfygjbvc | rtyhvctfygjbvc |
| 451 | shanbi-977 | shanbi-977 |
| 452 | shih89 | shih89 |
| 453 | shijunlang1988 | shijunlang1988 |
| 454 | shijunlangsjl | shijunlangsjl |
| 455 | sunyongchen_362 | sunyongchen_362 |
| 456 | ta-703771 | ta-703771 |
| 457 | urasan | urasan |
| 458 | uvredtg | uvredtg |
| 459 | wanghongyan-00 | wanghongyan-00 |
| 460 | weiwanv-3 | weiwanv-3 |
| 461 | wisdomt | wisdomt |
| 462 | womstar3 | womstar3 |
| 463 | yanhonzhag-0 | yanhonzhag-0 |
| 464 | yanhui2018 | yanhui2018 |
| 465 | yazh1801 | yazh1801 |
| 466 | yiliu2018 | yiliu2018 |
| 467 | zete_1656 | zete_1656 |
| 468 | zhaochuncai | zhaochuncai |
| 469 | YYY-Store | YYY-Store |
| 470 | www.bigdis2008.com | www.bigdis2008.com |
| 471 | www.crazyanimewholesale.com | www.crazyanimewholesale.com |
| 472 | insidegamers.co | insidegamers.co |
| 473 | vevegeek.com | vevegeek.com |
| 474 | Abrave man would | 1.07215E+11 |
| 475 | shenzhenshi kunpeng yuncang keji youxiangongsi | 101137309 |
| 478 | Deepstone | 101222043 |
| 481 | All- in Lucky store | 101260151 |

| 483 | The King of Beuty & Toy | 101267539 |
| 484 | Grocery Shop | 101281287 |
| 485 | Gaming Club Stores | 101293994 |
| 487 | Sunflower | 101338374 |
| 488 | baiyibao | 101345423 |
| 489 | Xing bo shop | 58bee569c0186350f00c2021 |
| 490 | Fantastic Figure | 5b2357ba2b0410694765a962 |
| 491 | Attractive Zone | 5d44eb8f76befe48c01de09f |
| 492 | Big Collectors | 5d8b3b58ddac8e1fe8c7c8be |
| 493 | qwlkdf | 5f0ea73865cec8faf67a2acd |
| 494 | dirongtanzi | 5f8d4d86d0d8da9f78e6df4a |
| 495 | Cgdu | 5fbfbee98d15ec01e8db10aa |
| 496 | ioytgg | 5ff921d7ee9ff42bb15017f3 |
| 497 | DaleGa | 600f82da8b0ac324180aafcd |
| 498 | BduC | 600fb38a8036975330449882 |
| 499 | sidueriukej | 60430176bdc7c444f3ac4d13 |
| 501 | Guangzhou Youlian Trading Co., Ltd | 8634 |
| 502 | Pujiang County Xier E-commerce Co., Ltd | 8228 |
| 503 | Guangzhou Keziwen Cosmetics Co., Ltd | 13191 |
| 504 | Shenzhen Qushi Technology Co., Ltd | 9784 |
| 505 | Guangzhou Xinyi Technology Store | 13173 |
| 506 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | 13034 |
| 507 | Guangzhou Xinyi Technology Store | Seller3-101087374 |
| 508 | Guangzhou Xinyi Technology Store | Seller4-101087374 |
| 509 | Changsha Dianhao Trading Co., Ltd | 12294 |
| 510 | Guangzhou Xinyi Technology Store | Seller6-101087374 |
| 511 | Guangzhou Xinyi Technology Store | Seller7-101087374 |
| 512 | Guangzhou Xinyi Technology Store | Seller8-101087374 |
| 513 | Guangzhou Xinyi Technology Store | Seller9-101087374 |

| 514 | Guangzhou Xinyi Technology Store | Seller10-101087374 |
|-----|----------------------------------|---------------------|
| 515 | Guangzhou Boyou Technology Co., Ltd | 13172 |
| 516 | Guangzhou Boyou Technology Co., Ltd | Seller12-101087374 |
| 517 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller13-101087374 |
| 518 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller14-101087374 |
| 519 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller15-101087374 |
| 520 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller16-101087374 |
| 521 | Guangzhou Boyou Technology Co., Ltd | Seller17-101087374 |
| 522 | Guangzhou Xinyi Technology Store | Seller18-101087374 |
| 523 | Guangzhou Xinyi Technology Store | Seller19-101087374 |
| 524 | Guangzhou Xinyi Technology Store | Seller20-101087374 |
| 525 | Guangzhou Xinyi Technology Store | Seller21-101087374 |
| 526 | Guangzhou Boyou Technology Co., Ltd | Seller22-101087374 |
| 527 | Guangzhou Boyou Technology Co., Ltd | Seller23-101087374 |
| 528 | Guangzhou Boyou Technology Co., Ltd | Seller24-101087374 |
| 529 | Guangzhou Xinyi Technology Store | Seller25-101087374 |
| 530 | Guangzhou Xinyi Technology Store | Seller26-101087374 |
| 531 | Guangzhou Xinyi Technology Store | Seller27-101087374 |
| 532 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller28-101087374 |
| 533 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller29-101087374 |
| 534 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller30-101087374 |
| 535 | Shenzhen Mengmeng Cross-border E-commerce Trade Co., Ltd | Seller31-101087374 |
| 536 | Shenzhen Qushi Technology Co., Ltd | 13663 |
| 537 | Shenzhen Qushi Technology Co., Ltd | Seller2-101118004 |
| 538 | Shenzhen Qushi Technology Co., Ltd | Seller3-101118004 |
| 539 | Shenzhen Qushi Technology Co., Ltd | Seller4-101118004 |